NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JESSE LEAHY,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D17-4613
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____ )

Opinion filed June 15, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.


PER CURIAM.


            Affirmed.


SILBERMAN, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.